IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02656-MSK-MJW

BRIAN M. GROSS,

Plaintiff,

v.

TOM CLEMENTS,
JOHN DAVIS,
ELLEN BLACKMORE,
MARY CARTER,
THOMAS FISHER,
MARY BETH KALYMER,
KERRY BARONI,
MARCIA MORTIN (aka DENIES MORTIN),
ARISTEDES ZAVARES,
STEVE M. VICALVI,
P. LASTRELL,
JOHN DOE,
JANE DOE, and
ANTHONY DECESARO,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Compell [sic] Production of Medical, Dental and Mental Health Records (Docket No. 29) is denied without prejudice as premature.

Date: March 7, 2012