IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02656-MSK-MJW

BRIAN M. GROSS,

Plaintiff,

v.

TOM CLEMENTS,
JOHN DAVIS,
ELLEN BLACKMORE,
MARY CARTER,
THOMAS FISHER,
MARY BETH KALYMER,
KERRY BARONI,
MARCIA MORTIN (aka DENIES MORTIN),
ARISTEDES ZAVARES,
STEVE M. VICALVI,
P. LASTRELL,
JOHN DOE,
JANE DOE, and
ANTHONY DECESARO,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the CDOC Defendants' Motion to Stay Discovery and Vacate Proposed Scheduling Order Deadline and April 26, 2012 Status Conference (Docket No. 55) is granted in part and denied in part. The motion is granted to the extent that all discovery in this matter is stayed until further order of the court. The motion is denied in all other respects. The parties have not been directed to file a proposed scheduling order, and thus defendants' request to vacate a deadline to file a proposed scheduling order is moot. **Furthermore, the Status Conference remains set for April 26, 2012, at 9:30 a.m.**

Date: April 18, 2012